

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED

SEP 25   4 04 PM '13

U.S. ~~~~~~~~~~

BY_____ ___ ___ __

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   CRISTINA D. SILVA
3  Assistant United States Attorney
   Organized Crime Strike Force
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Room 5000
5  Las Vegas, Nevada 89101
   Telephone: (702)388-6336
6  Fax: (702)388-6418

7

8                **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10                              **-oOo-**

11  UNITED STATES OF AMERICA            )
                                        )    Mag. Case No.
12               PLAINTIFF              )
                                        )              2:13-mj-00776-VCF
13      VS.                             )
                                        )
14  MILLICENT EPINO, DYLAN DUBOIS,      )
    ROBERT WOLFE, JENNIFER MONGE,       )
15  MATTHEW MESSIHA, and KENNETH        )
    HOUSE                               )
16  _____)

17

18        **GOVERNMENT'S EX PARTE APPLICATION REQUESTING**
                   **SEALING OF THE COMPLAINT**
19

20        Comes now the, United States America, by and through Daniel G. Bogden, United

21  States Attorney and Cristina D. Silva, Assistant United States Attorneys, and respectfully moves this

22  Honorable Court for an Order sealing the Complaint, together with this Application and the Court's,

23  in the above-captioned matter until such time as this Honorable Court, or another Court of competent

24  jurisdiction, shall order other wise.

25        The Government submits that it is necessary for said documents to be sealed in light

26  of the fact that they make reference to information regarding an on-going investigation.   The

government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 25th day of September, 2013

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

CRISTINA D. SILVA
Assistant United States Attorney

2

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA 04 PM '13

-oOo-    U.S. H...                    JUDE

1

2

3

4 | UNITED STATES OF AMERICA ) BY Mag. Case No. ___2:13-mj-00776-VCF

PLAINTIFF )

5 | VS. ) ORDER

6 | MILLICENT EPINO, DYLAN DUBOIS, )
ROBERT WOLFE, JENNIFER MONGE, )

7 | MATTHEW MESSIHA, and KENNETH )
HOUSE )

8

9

10 | Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

11

IT IS HEREBY ORDERED that the Complaint, together with the

12 Government's Application and this Court's Order, in the above-captioned matter shall be sealed until

13 further Order of the Court.

14

15 DATED this 25th day of September, 2013.

16

17

18

19 HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

3